**No. 10-190. Billy Torain, Petitioner v. AT&T Management Services, LP, et al.**

562 U.S. 1125, 131 S. Ct. 852, 178 L. Ed. 2d 583, 2010 U.S. LEXIS 9608.

December 13, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 962, 131 S. Ct. 468, 178 L. Ed. 2d 289, 2010 U.S. LEXIS 7943.

**No. 10-5005. Daniel C. Coyle, Sr., Petitioner v. Aquila, Inc.**

562 U.S. 1125, 131 S. Ct. 852, 178 L. Ed. 2d 583, 2010 U.S. LEXIS 9621.

December 13, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 898, 131 S. Ct. 225, 178 L. Ed. 2d 150, 2010 U.S. LEXIS 6372.

**No. 10-5338. Leroy Hefley, Petitioner v. Delaware.**

562 U.S. 1125, 131 S. Ct. 852, 178 L. Ed. 2d 583, 2010 U.S. LEXIS 9625.

December 13, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 916, 131 S. Ct. 279, 178 L. Ed. 2d 184, 2010 U.S. LEXIS 7063.

**No. 10-5377. Christopher Willard, Petitioner v. New York.**

562 U.S. 1125, 131 S. Ct. 852, 178 L. Ed. 2d 583, 2010 U.S. LEXIS 9620.

December 13, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 918, 131 S. Ct. 286, 178 L. Ed. 2d 188, 2010 U.S. LEXIS 7012.

**No. 10-5386. Michael Curtis Reynolds, Petitioner v. United States.**

562 U.S. 1125, 131 S. Ct. 853, 178 L. Ed. 2d 583, 2010 U.S. LEXIS 9629.

December 13, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 918, 131 S. Ct. 289, 178 L. Ed. 2d 189, 2010 U.S. LEXIS 7524.

**No. 10-5427. James Edward Lee, Petitioner v. Patty Ishee, et al.**

562 U.S. 1125, 131 S. Ct. 853, 178 L. Ed. 2d 583, 2010 U.S. LEXIS 9628.

December 13, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 921, 131 S. Ct. 295, 178 L. Ed. 2d 193, 2010 U.S. LEXIS 7314.

**No. 10-5484. Michael Turner White, Petitioner v. Henry Guzman, et al.**

562 U.S. 1125, 131 S. Ct. 853, 178 L. Ed. 2d 583, 2010 U.S. LEXIS 9611.

December 13, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 924, 131 S. Ct. 307, 178 L. Ed. 2d 199, 2010 U.S. LEXIS 7203.